FILED

12/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 23-0594

IN THE MATTER OF

A.J.K., J.S.K., M.S.K. and R.A.-H.K.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Mother's Motion to Consolidate, without objection, and good cause appearing,

IT IS HEREBY ORDERED that DA 23-0594, DA 23-0595, DA 23-0596 and DA 23-0597 are consolidated into one case, under DA 23-0594, and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2023